**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-7240**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ANTHONY DARNELL MCLEAN,

Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Leonie M. Brinkema, District Judge. (CR-00-116, CA-02-659-A)

———————

Submitted: November 21, 2002     Decided: December 2, 2002

———————

Before NIEMEYER, WILLIAMS, and TRAXLER, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Anthony Darnell McLean, Appellant Pro Se.  William Edward Fitzpatrick, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Anthony D. McLean seeks to appeal the district court's order denying relief on his motion filed under 28 U.S.C. § 2255 (2000). We have reviewed the record and conclude for the reasons stated by the district court that McLean has not made a substantial showing of the denial of a constitutional right. See United States v. McLean, Nos. CR-00-116; CA-02-659-A (E.D. Va. filed May 31, 2002 & entered June 5, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. See 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2